UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-369 |
| | § | |
| OMAR PAVON-MOGUEL | § | |

### ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Immigration and Naturalization Service. It is therefore,

ORDERED that Juan Manuel Hernandez-Corona and Estela Vera-Martinez, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Immigration and Naturalization Service. It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED and ORDERED this 20th day of November, 2007.

_____
Janis Graham Jack
United States District Judge